**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC - 9 2014

Clerk, U.S. District and
Bankruptcy Courts

Robert R. Pruntt (y) – (Copyright Owner)

**PLANTIFF**
427 W. Hickory St.
Arcadia, Florida 342606

vs.

Case: 1:14-cv-02073
Assigned To : Boasberg, James E.
Assign. Date : 12/9/2014
Description: Pro Se Gen. Civil

**CA**

**JUDGE:**

**Vivendi,** (Parent of UMG) & Jean-Francois
Dubos - 800·3rd Avenue, New York, N.Y.
10022; & **Universal Music Group** (UMG) &
Mr. Lucien Charles Grange – 111 8th Avenue,
New York, N.Y. 10011; **Atlantic Recordings**
& Mr. Craig Kallman - 1290 Avenue of the
Americas, 28th Floor, New York, N.Y. 10104;
**Warner Music Group** & Mr. Stephen Cooper
– 75 Rockefeller Plaza, New York, N.Y.
10019; **Jenner & Block,** Mr. Michael
DeSanctis - 1099 New York Avenue, NW
Suite 900, Washington, D.C. 20001-4412; &
Mr. Anton R. Valukas – **Def Jam Music
Group** & Mr. Steve Bartels – 825 8th Avenue,
New York, N.Y. 10019-7472; & **Mr. Paul L.
Friedman,** E. Barrett Prettyman Bldg. 333
Constitution Ave N.W., Washington, D.C.
20001

**AN ACTION FOR INTENTIONAL
COPYRIGHT INFRINGEMENT – &
AN INDEPENDENT ACTION PURSUANT
TO FED. R. CIV. P. RULE 60(B(4) &(6))
FRAUD UPON THE COURT –**


**FRAUDULENT CONCEALMENT –**


**DUE PROCESS OF LAW VIOLATIONS
DECLARATORY INJUNCTIVE AND
PROSPECTIVE RELIEF SOUGHT
UNDER EX PARTE YOUNG**

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, appearing Pro Se' in this action against defendants, respectfully alleges the following in support of such Complaint:

## JURISDICTION AND VENUE

1.) This is a civil action seeking damages and injunctive relief for Copyright Infringement under the copyright laws of the United States (17 U.S.C. 101 et seq.).

2.) This Honorable Court has Jurisdiction under 17 U.S.C. 101 et seq.; 28 U.S.C. 1331 (federal question); 28 U.S.C. 1343, 28 U.S.C. 1332 and 28 U.S.C. 1338 (a) (copyright).

3.) This Honorable Court has personal jurisdiction over the defendants, and venue in this District is proper under 28 U.S.C.1391 (b), 28 U.S.C. 1332 (different states) and 28 U.S.C. 1400 (a), and the invocation of this Honorable Courts Inherent Powers in that the Defendants reside in this District, and the alleged acts of infringement and Constitutional Violations complained of herein, have occurred in this District and continue to do so.

## PARTIES

3.a.) Plaintiff, Robert R. Prunty(é) is a part of a class of creative persons known as "non-union writers and producers/composers" of popular and unique and educational urban rap songs, lyricist, (former) recording studio owner and music producer, as well as an African American Person.

4.) Vivendi is a Paris, France Corporation doing business in the United States at New York City under the same name. Its principal place of business is Paris, France but the company does business in New York and around the world. Sued in an individual and official capacity. Money damages sought.

2

5.) Universal Music Group is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California. Sued in an individual and official capacity. Money damages sought.

6.) Atlantic Recordings is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in the State of New York. Sued in an individual and official capacity. Money damages sought.

7.) Warner Music Group is a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in the State of New York. Sued in an individual and official capacity. Money damages sought.

8.) Jenner & Block is a corporation duly organized and existing under the laws of the State of Delaware .with its principal place of business in Chicago, Illinois. Sued in an individual and official capacity. Money damages sought.

9.) Def Jam Recordings is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in the State of New York. Sued in an individual and official capacity. Money damages sought.

10.) Mr. Judge Paul Friedman is a United States District Court Judge presiding over D.C. Court Proceedings while holding significant financial interests in defendants of cases involving Vivendi/UMG. Sued in an individual and official capacity for declaratory and injunctive relief only, with no money damages requested.

11.) Mr. Michael DeSanctis is an attorney at Jenner & Block who allegedly facilitates unlawful conduct between the courthouse and unwary parties for the sake of Vivendi/UMG interests. Sued in an individual and official capacity. Money damages sought.

12.) Mr. Jean-Francois Dubos is Chairman of Vivendi, parent of Universal Music Group.

Sued in an individual and official capacity. Money damages sought.

13.) Mr. Lucien Charles Grange is Chairman of Universal Music Group.  Sued in an individual and official capacity.  Money damages sought.

14.) Mr. Craig Klaxon is Chairman of Atlantic Recordings.  Sued in an individual and official capacity.  Money damages sought.

15.) Mr. Stephen Cooper is Chairman of Warner Music Group.  Sued in an individual and official capacity.  Money damages sought.

16.) Mr. Anton R. Valukas is Chairman of Jenner & Block. Sued in an individual and official capacity.  Money damages sought.

17.) Mr. Steve Bartels is Chairman of Def Jam Music Group.  Sued in an individual and official capacity. Money damages sought.

**\*\*This case is based upon theories of joint, several and vicarious principles of liability.**

## COUNT ONE: INFRINGEMENT OF COPYRIGHTS

18.) Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above. For purposes of intentional and Direct Copyright Infringement, the defendants of this Count include, but are not limited to: Def Jam Music Group, Universal Music Group and Vivendi Corporation, under theories of Joint, Several and Vicarious Liability.

19.) Plaintiff is the original creator and performer of the Urban Educational/Religious/Rap song known as "**Keys To The Kingdom**" and has been the owner of such Exclusive Copyrights since on or before 2002, and such lyrics and music

are included herein and designated as **"Plaintiff's Exhibit A"**.

20.) Subsequently, the song **"Keys to the Kingdom"** was unlawfully reproduced by the defendants as a derivative work, (Exhibit B), howbeit unauthorized, and unlawfully yet publicly performed by the artist known as "*Common*". On the album, defendants call the song merely **"KINGDOM"**, when in actuality; the chorus line itself expresses the phrase "**Keys to the Kingdom**". The "**KINGDOM**" designation of the album cover is simply subterfuge to attempt to hide the theft. *(See: COMMON's Album Cover, Plaintiff's Exhibit A2 See: Plaintiff's Album Cover, Plaintiff's Exhibit A1)*.

21. Defendant, Def Jam Music Group, a subsidiary of Universal Music Group, has allegedly, and in May of 2014 released a "Derivative Version" of Plaintiff's Copyright protected song **"Keys to the Kingdom"** and have performed through the artist **"COMMON"**, this purloined and derivative version, with both songs <u>still</u> being about an urban youth asking **God Almighty** to reveal the secrets of survival and success in urban environments. *(See: Song Lyrical Side By Side Comparison, Exhibits A & B)*.

22.) Plaintiff's song, "Keys to the Kingdom" is registered as a part of Plaintiff's collective works, numbering over (250) two-hundred and fifty original songs.   However, Plaintiff has re-registered the single version of "Keys to the Kingdom" from the collection, for purposes of this action.  (See: Exhibit C).

23.) Among the exclusive rights granted to Plaintiff, under the Copyright Act are the Exclusive Rights to make and prepare "Derivative Works" for reproduction and to distribute the resultant copyrighted recordings and or perform the work to the public.

24.) Direct access to Plaintiff's Collective Works most likely occured while Plaintiff was being previously duped by Universal Music Company to send in its current and entire song catalog via it's now defunct *" Inside Sessions Program"*. *(Judicially Notice Case 06-0480 proof of access)*.

25.) Another possible avenue of "Direct Access" to Plaintiffs Copyrighted work, **"Keys to the Kingdom"** , would be by way of a live radio interview had between Baltimore Radio Station 92Q and DJ Reggie Reg and the plaintiff in 2003, where the song was played repeatedly over the public airwaves.

26.) Plaintiff is furthermore informed and hereby believes that defendant Def Jam Recordings and UMG, without the permission or consent of Plaintiff, have used and continue to use, a derivative version of Plaintiffs copyrighted work known as **"Keys To The Kingdom"** and unlawfully distributes the derivative version to the public, thereby making the derivative version of **"Keys To The Kingdom"** available for further distribution to others in the general public.

27.) In doing so, the Defendants have violated Plaintiff's exclusive rights to make and prepare derivative works of its original creations as well as to distribute and perform these original creations to the Public. Plaintiff is furthermore informed and believes that the foregoing acts of intentional Copyright Infringement has been maliciously willful and intentional, with a total disregard of and complete indifference to the exclusive rights vested in the Plaintiff.

28.) As a result of Defendants infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17U .S.C. 504(c) for Defendants willful and intentional infringement of the Copyrighted Recordings. Plaintiff is further entitled to its attorney's fees and costs pursuant to 17 U.S.C. 505.

29.) The aforementioned conduct of defendants is causing and, unless enjoined and restrained by this Honorable Court, will continue to cause Plaintiff great and irreparable injury that cannot be fully compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. 502 and 503, Plaintiff is entitled to injunctive relief prohibiting Defendants from further infringing Plaintiff's Copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiff's exclusive rights.

30.) WHEREFORE, Plaintiff prays for judgment against the defendants as follows and or an Injunction providing:

31.) Defendants shall be enjoined from directly or indirectly infringing Plaintiff's right to make Derivative works of its original creations in the Copyrighted Recordings and any sound recordings, whether now in existence or later created, that are owned or controlled by Plaintiff. including without limitation, Plaintiff s song *"Keys to the Kingdom",* whether released on the Internet or directly to the Public, and for statutory damages and a full accounting for each infringement of each Copyrighted derivative work of the original song called ·*"Keys To The Kingdom".* Pursuant to 17 U.S.C. 504, and for Plaintiff's costs in this action, and for Plaintiff's reasonable attorneys' fees incurred herein and for such other and further relief as this Honorable Court deems just and proper.

## COUNT TWO

## FRAUD UPON THE COURT PURSUANT TO FED. R. CIV.P. RULE 60(B) (4) & (6) - CASE 06-0840-UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

32.) Plaintiff hereby further alleges and avers that in a previous Copyright Infringement action, involving (20) twenty songs, (Case 2006-cv-0480), it was intentionally and fraudulently concealed by the attorneys and the Judge that the Judge in the case, Judge Paul L. Friedman, secretly possessed massive financial interest s in defendant UMG and Vivendi and actively concealed the same from Plaintiff throughout the litigation and afterwards, to the detriment of Plaintiff s Constitutional, Copyright, Statutory and Due Process rights, especially throughout the years 2006, 2007, 2008, 2009, 2010 and 2011. *(See: Exhibit(s) D, E, F, G & H).*

33.) Despite extreme diligence on the part of the Plaintiff during those (6) six years of intentionally delayed litigation, the financial reports of Judge Friedman were still not released

to the public until between **November 2013** and **October 2014.** Plaintiff s constant due diligence resulted in the filing of his action, **one month later.**

34.) It wasn't until October 2014, and ironically, after the discovery of <u>further</u> Copyright Infringement, that Plaintiff finally located an accurate view of Judge Friedman's secret and deeply cloaked and entrenched financial ties with **Vivendi** and **Universal Music Group. Warner Music Group** and **Atlantic Records** are deemed to have merely acquiesced as peripheral players with the covert alliance being actively concealed from Plaintiff, and on such a basis, are hereby compelled to defend this current action, as aiders and abettors.

35.) The delayed and **"blacked out"** concealment efforts of Judge Friedman on *his* Financial Disclosure Reports regarding the years of Plaintiff's litigation against the named defendants reflects the intentionally fraudulent concealment of the judges financial ties with defendants. During this same (6) six year period, it should also be noted that "no amount of diligence" on Plaintiff's part could have uncovered the Judge's massive financial connections with the defendants. Suddenly, the financial reports appeared on the Internet, blacked out versions included, and apparently according to Judicial Watch, during the 2013/2014 season.

36.) For instance, Plaintiff's long-time diligence finally revealed that Judge Paul L. Friedman had been concealing serious financial connections with *"Longleaf Partners"*. *(See: Exhibits I & J)*. Longleaf Partners Fund owns Vivendi, which also owns Universal Music Group. This highly financial relationship between the Judge and *Vivendi/Universal Music Group* has thus been going on since at least 2003. However, Longleaf Partners is merely (1) one of (10) ten other Friedman/UMG/Vivendi Financial interests.

 *(\*\*\*Plaintiff's Exhibits regarding Judge Friedman's Financial Interests are far too voluminous to fully include here, but are available upon request for inspection at any time. However, the first page of such document exhibits will still be included in this Complaint).*

37.) When viewing an open report of the judge's financial records/interests, one will see it is quite extensive with vast interests concerning Vivendi as well as Universal Music Group.

However, the total number of firms linked to Judge Friedman and Vivendi/Universal are listed below:

**1.) Mutual Beacon Fund**

**2.) Third Avenue Value**

**3.) Vanguard Long Term Tax Exempt Fund**

**4.) iShares Russell 2000 Value Index Fund**

**5.) T. Rowe Price Equity Income**

**6.) American Beacon Int'l Equity Fund**

**7.) Morgan Stanley**

**8.) American Funds EuroPacific Growth**

**9.) First Eagle Global**

**10.) Loomis Sayles Investment Gr. Bond Fund**

**11.) Longleaf Partners**

## THUS, UNITED STATES DISTRICT JUDGE FRIEDMAN COMPLETELY IGNORED THE STATUTORY DUTY UNDER 28 U.S.C. 455 TO RECUSE HIMSELF DURING CASE 06-0480

38.) 28 U.S.C. 455 is <u>unambiguously clear</u> regarding the <u>duty</u> of a judge:

(a)   Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which *his impartiality might reasonably be questioned.*

(b) He shall also disqualify himself in the following circumstances:

(1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

(2) Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;

(3) Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion

concerning the merits of the particular case in controversy;

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;*

(5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person

(i) Is a party to the proceeding, or an officer, director. or trustee of a party;

(ii) Is acting as a lawyer in the proceeding;

*(iii) Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;*

(iv) Is to the judge's knowledge likely to be a material witness in the proceeding.

(c) A judge should inform himself about his personal and fiduciary financial interests, and make a reasonable effort to inform himself about the personal financial interests of his spouse and minor children residing in his household.

(d) For the purposes of this section the following words or phrases shall have the meaning indicated:

(1) "proceeding" includes pretrial, trial, appellate review, or other stages of litigation;

(2) the degree of relationship is calculated according to the civil law system;

(3) "fiduciary" includes such relationships as executor administrator, trustee. and guardian:

(4) "financial interest" means ownership of a legal or equitable interest, however small, or a relationship as director, adviser, or other active participant in the affairs of a party, except that:

(i)  Ownership in a mutual or common investment fund that holds securities is not a "financial interest" in such securities *unless the judge participates in the management of the fund:*

(ii) An office in an educational, religious, charitable, fraternal, or civic organization is not a "financial interest" in securities held by the organization:

(iii) The proprietary interest of a policyholder in a mutual insurance company, of a

depositor in a mutual savings association, or a similar proprietary interest is a "financial interest" in the organization only if the outcome of the proceeding could substantially affect the value of the interest;

(iv) Ownership of government securities is a "financial interest" in the issuer only if the outcome of the proceeding could substantially affect the value of the securities.

(e) No justice, judge, or magistrate judge shall accept from the parties to the proceeding a waiver of any ground for disqualification enumerated in subsection (b). Where the ground for disqualification arises only under subsection (a), waiver may be accepted provided it is preceded by a full disclosure on the record of the basis for disqualification.

(f) Notwithstanding the preceding provisions of this section, if any justice .judge, magistrate judge or bankruptcy judge to whom a matter has been assigned would be disqualified, after substantial judicial time has been devoted to the matter, because of the appearance or discovery, after the matter was assigned to him or her, that he or she individually or as a fiduciary, or his or her spouse or minor child residing in his or her household, has a financial interest in a party (other than an interest that could be substantially affected by the outcome), disqualification is not required if the justice. judge, magistrate judge, bankruptcy judge, spouse or minor child, as the case may be, divests himself or herself or the interest that provides the grounds for the disqualification.

39.) Significantly, the funds highlighted here are funds managed by Judge Friedman himself, and or at his direction. The funds outlined are a mere sampling. There are myriad funds owned and or managed by Judge Friedman where *"an appearance of impropriety"* might arise or where his impartiality might reasonably be questioned regarding UMG and Vivendi specifically. Longleaf Partners is merely one such situation where Judge Friedman actively manages the direction of this Fund.

40.) Ironically, Vivendi/Universal Music Group are in the top five of Longleaf s Portfolio and as such, there appears a question of the judges partiality due to the fact that Vivendi, Universal, Longleaf and the Judge, instantly and indeed have:

11

*"Interests that could be substantially affected by the outcome of the Plaintiff's proposed and alleged 150 million dollar Copyright Infringement action of Case 06-0480".*

41.) In personally managing Judge Friedman's many mutual fund type investments as well as his other Vivendi/UMG concerns, Judge Friedman employs several key money management strategies, namely:

a.) *"Performance Weighting Strategies",*
b.) *"Buy and Hold Strategies",*
c.) *"Market liming Strategies"* and
d.) *"Wing it Strategies".* *(See: Exhibits D, E, F, G & H).*

42.) Therefore, the breach in Judge Paul L. Friedman's duty as contemplated by 28 U.S.C. 455 is clear. The spurious judgment produced by Judge Friedman is therefore rendered "null and void" due to the fraud and fraudulent concealment employed in obtaining such judgment.

43.) Additionally, when counsel for defendant Jenner & Block was asked, pursuant to D.C. Circuit Local Rule 7.1 whether or not any conflicts of interests may be present in the case, Attorney Michael DeSanctis, on or about May 19th, 2006, having a duty to disclose the Judge's myriad financial interests, and or the depths of Judge Friedman 's ties with Vivendi/Universal Music Group, <u>rhetorically</u> chose not to comment about the existence of such huge financial interests, at peril of Plaintiff s Due Process and Constitutional Rights to *"Fair and Honest Services". (See: Docket Entry 10...Case 06-0480).*

## MEMORANDUM OF LAW

44.) Literally speaking, *"Silence Is Not Golden"* when it comes to the integrity of Court Proceedings and it's Court Officers. Judge Friedman had a <u>mandatory</u> and <u>statutory</u> duty to recuse himself for all of the above reasons, and Attorney Michael DeSanctis had an <u>ethical</u> duty to likewise reveal the Judge's deeply entrenched financial interests vested in Vivendi

and Universal Music Group. (See: Code of Conduct for United States Judges, *Canon 2 (B)*.

*"A Judge should not allow family, social, political, financial or other relationships to influence judicial conduct or judgment. A Judge should neither lend the prestige of the judicial office to advance the private interests of the Judge or others nor convey or permit others to convey the impression that they are in a special position to influence the Judge. A Judge should not testify voluntarily as a character witness"...*

## THE QUILL AND DAGGER SOCIETY

45.) Furthermore, the Code of Judicial Conduct continues by declaring that membership in organizations that practice <u>invidious racism</u> can give rise to a perception that the Judge's impartiality is impaired. *(See: Code of Judicial Conduct, Canon 2(C))*. Judge Paul L. Friedman is a well-known member of the *"Quill & Dagger Society"* which has been accused of practicing racism. (See: Exhibit K). Concerning financial activities, the Code of Judicial Conduct further describes financial activities and their limitations. *(See: Code of Judicial Conduct (D) Financial Activities-(1).*

*"A Judge may hold and manage investments, including real estate, and engage in other remunerative activity, but should refrain from financial and business dealings that exploit the judicial position or involve the Judge in frequent transactions or continuing business relationships with lawyers or other persons likely to come before the Court on which the Judge serves"·-*

46.) Clearly, any corporate executive or stock holder affiliated with Vivendi or Universal Music Group and preparing to go to Court, would feel like he has a secret friend, partner and ally in Judge Paul L. Friedman, merely because he boldly refuses to recuse himself in the face of a mandatory duty, making himself a *"silent partner in crime"* with Vivendi/ Universal Music Group, especially, and whenever they may appear before him.

47.) Therefore, the active concealment and unlawful silence of Judge Paul L. Friedman and Attorney Michael DeSanctis, in the face of statutory duty, implicates them both in Fraudulent Concealment and Aiding and Abetting the commission of a fraud. *(See: Huls v. Clifton, Gunderson & Co., 179 Ill. App. 3d 904, 535 N E. 2d 72 (4th Dist. 1989).*

*48.)* Hence, and especially in a confidential or fiduciary relationship, the dominant party's silence alone may constitute Fraudulent Concealment-*(quoting Thornwood, Inc. v. Jenner & Block, 344 Ill. App. 3d 15, 25, 799 N E. 2d 756, 765 (1st Dist. 2003).* ***Apparently, other companies see Jenner & Block as the "go to law firm" when it comes to Deception and Fraudulent Concealment, as a matter of fact and law.

49.) However, and most importantly, the mere "**duty to speak**" that was incumbent upon Attorney DeSanctis and Judge Paul L. Friedman during Case 06-0480 is only a threshold requirement. <u>*DeSanctis*</u> and <u>Friedman</u> also:

1.) Concealed material facts of financial relationships between UMG and the Judge.

2.) Such concealment was intended to induce a "false belief in the Plaintiff" that no such impropriety existed between the parties.

3.) Plaintiff could not have discovered the truth through a reasonable inquiry or inspection because the Judge constantly blacked out all the relevant financial report inquiries, through the years, thereby effectively preventing Plaintiff from making discovery of such financial interests, while using silence as a representation that such facts did not exist.

4.) The concealed information was such that the injured party (Plaintiff) would have acted differently had he been aware of it, and

5.) Such ***reliance upon defendant's silence*** led to Plaintiff's ultimate injury and the resulting Fraud upon the Court. *(See: Lefebure lntergraphics, Inc. v. Sanden Mach, Ltd. 946 R Supp. 1358, 1367 (N D. Ill. 1996), quoting Stewart v. Thrasher, 242 Ill. App. 3d 10, 16, 610 NE. 2d*

*799, 804 (4ᵗʰ Dist. 1993).*

50.) Likewise, in **Thornwood, Inc., v. Jenner & Block,** the Court further declared:

*"Fraud also may consist of the intentional omission or concealment of a material fact under circumstances creating an opportunity and duty to speak. In this case, Thornwood has properly raised issues regarding the validity of the releases, specifically, the allegations of the Complaint indicate that the releases may have been obtained by fraud because Follensbee, a fiduciary to Thornton, failed to disclose his continued negotiations with the PGA and Potomac. If in fact fraud is found, the releases may not bar Thornton's claim against Jenner & Block. This is true regardless of whether or not Jenner & Block had a fiduciary duty to Thornton with regard to the Partnership".*

## THE FRAUD OF JENNER & BLOCK, DESANCTIS, FRIEDMAN, UMG & VIVENDI IS MEANT TO DEFILE THE SANCTITY AND INTEGRITY OF THE COURT ITSELF

51.) If a Judge knows something that others in the case don't know, and it would cause an appearance of bias, he/she has an obligation to identify it and get out of the case. The United States Supreme Court has already stated *in Liljeberg Health Services Acq. Corp., 486 US 847 (1988),* that failure to recuse in such circumstances is "**inexcusable**". The facts of that case closely mirrored the facts of Hazel-Atlas Glass v. Hartford Empire Co., 322 US. 238 (1944). Fraud On The Court is Fraud which seriously affects the integrity of the normal process of adjudication. (See: Gleason v. Jandruko 860 F. 2d 556, 559 (2ⁿᵈ Cir. 1988).

## JUDGE FRIEDMAN' S FINANCIAL TIES WITH VIVENDI/UNIVERSAL MUSIC GROUP ARE EXTENSIVE AND GIVE THE APPEARANCE OF PARTIALITY TO VIVENDI/UNIVERSAL MUSIC GROUP

52.) The specific species of fraud practiced by Judge Paul L. Friedman regarding Vivendi and UMG is of the type that involves far more than an injury to an individual litigant or a case of

a judgment obtained simply with the aid of a witness who, on the basis of <u>after</u> <u>discovered</u> <u>evidence</u>, is believed to <u>possibly</u> to have been guilty of perjury.  The fraud of **Friedman**, **DeSanctis**, **Vivendi** and **Universal** totally embraces that species of fraud which does or attempts to, defile the Court itself, and is a fraud perpetrated by **Officers of the Court** so that the judicial machinery cannot perform in the usual manner its impartial task of adjudging cases presented for adjudication.  *(Citing Kupferman* v. *Consolidated Research & Mfg. Corp., 459 F 2d 1072, 1078 (2nd Cir. 1972).*

53.) Accordingly, in Bulloch *v. United States, 763F 2d 1115, 1121 (10th Cir. 1985)* it was long ago decided that:

**"Whenever an officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court** "....

54.) Judge Paul L. Friedman's <u>unlawful</u> and <u>unconscionable</u> refusal to recuse himself during Case 06-0480 immediately violates the Due Process Clause of the United States Constitution. *(See: United States v. Sciuto, 521 F 2d 842, 845 (7th Cir. 1996).*

55.) The bias allegedly possessed by Judge Paul L.  Friedman stems from *"Extrajudicial* **Sources***"* and not from evidence or the conduct of parties that the Judge observes during the course of proceedings.   Therefore, most Courts have held that the <u>Extra Judicial Source</u> <u>Doctrine</u> does indeed apply to **28 U.SC.455(a)** . The D.C. Circuit as well as the Third, Fourth, Eighth, and Eleventh Circuits have expressly refused to entertain a  recusal claim where the grounds stem from judicial proceedings.  Such is not the case here.  *(See: United States v. Barry, 961, F 2d 260, 265 (D.C. Circuit 1992); Johnson v. Trueblood, 629 F 2d 287, 291 (3rd Cir. 1980); United States v. Alabama, 828 F 2d 1532, 1545-46 (11th Cir. 1987).*

56.) The Fraudulent Judgment of Case 06-0480 is diabolically tainted by the secret financial collusion and partnership had between Judge Paul L. Friedman, UMG and Vivendi and actively facilitated by Michael DeSanctis of Jenner & Block. As such, the Judgment is void and or voidable as a matter of fact and law.

56. a.) A **"void judgment"**, grounds no rights, forms no defense to actions taken thereunder, and is vulnerable to any manner of collateral attack. No statute of Limitations or repose runs on its holdings, the matters thought to be settled thereby are not Res Judicata, and years later, when the memories have grown dim and rights having long been regarded as vested-any disgruntled litigant may reopen the old wound and once more probe it's depths. And it is then as though trial and adjudication had never been. *(Quoting Fritts v. Krugh,* S. *Ct. Michigan. 92 N W 2d 604, 35 Mich.)*

## RELIEF REQUESTED

57.) The Inherent Power of a Court to investigate whether a judgment was obtained by Fraud is beyond question. *(See: Hazel -Atlas Glass Co. v. Hartford Empire Cop.. 322 US.238).* The power to unearth such a fraud is the power to unearth it effectively. Accordingly, a Federal Court may bring before it by appropriate means, <u>all those who may be affected by the outcome of its investigation.</u>

58.) But if the rights of these parties are to be adjudicated in such an investigation, the usual safeguards of adversary proceedings <u>must</u> be observed. No doubt, if the Court finds after a proper hearing that fraud has been practiced upon it, or that **<u>the very temple of justice has been defiled</u>**, the entire cost of the proceedings could justly be assessed against the guilty *parties.* (Citing Universal Oil Products Co. v. Root Refining Co., 328 US. 575 (1946)).

59.) The exact species of fraud employed by the defendants in case **06-0480** was not only meant to <u>defraud</u> and <u>deceive</u> the Plaintiff during Federal Court proceedings, but also the <u>United States Copyright Office</u> which now mistakenly believes UMG owns these valuable works, as well as Plaintiff s right to make and perform any and all *derivative* works of its creations, as well as the United States Court of Appeals, which merely "rubber-stamped" Judge Friedman's unlawful order as if it were legitimate and not based upon **<u>Fraudulent concealment</u>**.

59. a) The intentional fraud upon the court merely allowed UMG/Vivendi to literally **"STEAL"**

over (20) twenty of Plaintiffs coveted and copyright protected works, **with no trial** and with the help of a United States Federal Judge acting Ultra Vires and against Plaintiff s right to Due Process of Law.

60.) Wherefore, and after declaring the judgment of Case 06-0480 to be a nullity and enjoining defendants from further exploitation of –

### Plaintiff's (20) Twenty Copyrighted Works

61.) This Honorable Court should hold a full-scale evidentiary hearing as well as issue an Order to Show Cause to all parties involved, regarding why the judgment of Case 06-0480 should not be overturned and made officially null and void due to overwhelming evidence of blatant Fraud Upon the Court and intentional breaches of statutory duty, and the songs in question, namely the twenty copyrighted works of Plaintiff, be considered part and parcel of a massive copyright infringement operation perpetrated by the group of named defendants in this case, and enjoin them permanently from the further use and exploitation of said songs with an accounting of all unlawful profits made from such fraudulent exploitation of the songs from 2006 until 2014, and for any other and further relief this Honorable Court deems just and proper.

Respectfully Submitted;

December 9th, 2014
Robert R. Prunté(y), Jr.
427 West Hickory St.
Arcadia, FL 34266
863.991.5195
mrmodady@dcemail.com

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SERVED BY REGULAR UNITED STATES MAIL ON JANUARY _____ 2015, ON ALL DEFENDANTS HERETOFORE NAMED IN THIS ACTION ON THE SERVICE LIST BELOW:**

## SERVICE LIST

1.) Jenner & Block, P.A. c/o Attorney Michael DeSanctis ,1099 New York Avenue, N.W. Suite 900, Washington, D.C. 20001-441

2.) Vivendi Corporation, c/o Registered Corporate Agent, 800 3rd Avenue, #5 New York, New York 10022

3.) Warner Music Group, c/o Registered Corporate Agent, 1633 Broadway, New York, New York. 10019

4.) Atlantic Records, Inc., c/o Registered Corporate Agent, 1290 Avenue of the Americas, New York, N.Y. 10104-0101

5.) Universal Music Group, c/o Registered Corporate Agent, 1755 Broadway, New York, N.Y. 10019

6.) Def Jam Recordings, c/o Registered Corporate Agent, 1755 Broadway, New York, N.Y. 10019

7.) Mr. Judge Paul L. Friedman, United States District Courthouse, E. Barrett Prettyman Building, 333 Constitution Ave NW #4400, Washington, DC 20001

*Exhibit A*

## PLAINTIFF—-KEYS TO THE KINGDOM LYRICS

KEYS TO THE KINGDOM

GIME THE KEYS

I NEED THE KEYS TO THE KINGDOM

WHO GOT THE KEYS

I NEED THE KEYS TO THE KINGDOM


I COME UP HARD LIKE THE SONG SAY

FROM THE RUFF SIDE OF THE MOUNTAIN

PLAYED IN BROKEN GLASS

AND DRANK FROM RUSTY WATER FOUNTAINS

FLUNKED IN MATH CLASS

CUZ DEM NUMBERS DIDNT APPLY TO ME

NEVER HEARD OF A MATHMATICIAN

GROWIN UP IN POVERTY

WHERE I COME FROM

CRIME IS EVERBODYS HOBBY

HOW CAN I FEEL LIKE A CITIZEN

WHEN THE CITY IS ROBBIN ME

CHOKIN MY MIND AND BODY

TITE LIKE A DRUM

AIN NO WAY I CAN SURVIVE

WITHOUT THE KEYS TO THE KINGDOM

IM TRYIN TO BREAK THE MOLD

OF THESE NEGATIVE ROLE MODELS

I WANA PUT DOWN THIS STEEL

AND THE BEER AN WINE BOTTLES

STOP RUNNIN FULL THROTTTLE

WHEN IT COMES TO DOIN EVIL

FOR ONCE IN MY LIFE

I THINK I CARE ABOUT OTHER PEOPLE

MAYBE I CAN GET GOD'S ATTENTION

CUZ HE GOT HIS CHOSEN

BUT MA POCKETS IS EMPTY

AND MY FEET IS FROZEN

DEY SAY GOD BLESS THE CHILD THATS GOT HIS OWN

BUT EVEN HE NEEDS THE KEYS TO THE KINGDOM

BEEN TAKIN SHOTS TO THE DOME

LOST WIT NO HOME

BEEN SLEEPIN WIT THE CHROME

WITHOUT THE KEYS TO THE KINGDOM

NO MATTER WHERE I ROAM

I END UP IN THE ZONE

LIKE MY MIND IS GONE

WITOUT THE KEYS TO THE KINGDOM

IM PISSIN BEER FOAM

CANT GET A BANK LOAN

GHETTO CHILD ON HIS OWN

WITOUT THE KEYS TO THE KINGDOM

WIT EVERY BREATH I MOAN

IN A CROWD I FEEL ALONE

SECRETS STAY UNKNOWN

WITOUT THE KEYS TO THE KINGDOM

I SEE ALL MY PEOPLE PERISH FOR LACK OF KNOWLEDGE

I NEED SOME ANSWERS I CANT GET IN COLLEGE

TEH STREETS POSE THE QUESTION

SO THE STREETS I ACKNOWLEDGE

I FFEL LIKE I BEEN ROBBED

BY DUDES WIT NO COLLEGE

AM I AMERICAS DUMBEST CRIMINAL

OR IS THIS FREEDOM JUST SUBLIMINAL

WALLA WITOUT BARS

TRYIN TO KEEP JAIL TIME MINIMAL

SO I DON GO TO FAR DOIN CRIME

TRYIN TO HIGH ROLL

WIT BIGTYMERS AND ROCK STARS

GET LINKED UP BY VENUS AN MARS

TRUST THE ALIGNMENT

TRYIN NOT TO FALL FOR DEM ONES

WIT A PACKAGE ON CONSIGNMENT

MY GOAL IS SIMPLE

I NEED THE KEYS TO THE KINGDOM

BEFORE I CAN COME INSIDE THE TEMPLE

EVEN GHETTO DOGS GOT DIMPLES

I GOT BACK PAIN IN MA DNA

MA GRANDAD WORKED THE FIELDS TILL HE WAS SIMPLE


(CHORUS LINE)


HIS CLOTHES WAS MADE OUT OF BURLAP

AN DEY DIDN GET WRINKLED

DIED OUT BACK

AND THATS WHERE HIS ASHES IS SPRINKLED

DIED WIT NO PAIN

WITOUT THE KEYS TO THE KINGDOM

YOU GET BLINDSIDED EVERYDAY

CUZ EVERY SLAVE HAD INSURANCE

BUT FEW PEOPLE CAN AFFORD IT TODAY

SOMEBODY BEEN PLAYIN A GAME

THAT I DON REALLY WANT TO PLAY

LIKE I NEED A SECRET PASSWORD

DO SOME WRONG AND DEN

GO ON MY WAY

IM PSYCHOTIC

WAKIN UP EVERY MORNIN

SEEKIN SOME KIND OF NARCOTICS

AT THE RACETRACK PLAYIN EXOTICS

AND STILL NOT WINNIN

DEN GOIN TO THE LIQUOR STORE

BUYIN SOME HYPNOTIC AN SINNIN

IF I GOT A GUARDIAN ANGEL

OPEN UP THE DOOR

AN LET MY FRIEND IN

LET MY FRIEND IN

RIGHT NOW IM FEELIN LIKE A CHEVY

WIT A CHOKED UP TRANSMISSION

LIKE A CAGED UP PIGEON

(CHORUS LINE)

(C) 2001 ALL RIGHTS RESERVED. ROBERT R. PRUNTY



Exhibit A-1

Keys To The Kingdom
Plaintiff

Exhibit B

Lyrics   Artists   Genres   News   Reviews   Spotlight

Fanchack   Advertise   Submit Lyrics

Search artists, albums, and songs



55k

Like

Artists - C      Common Lyrics      Nobody's Smiling Album      Kingdom Lyrics

# Common - Kingdom Lyrics

**Artist:** Common
**Album:** Nobody's Smiling

Heyo! SONGLYRICS just got interactive.             **Review: RIFF-it.**
RIFF-it good.

**Opt in for our Healthy Living/ Wellness email.**

⊪ Send "Kingdom" Ringtone to your Mobile ⊪



Our ERs are here for your trick-or-treaters.

**CLICK HERE** to view our average ER wait times.

HCA   Northwest Medical Center
Plantation General Hospital
University Hospital & Medical Center
Westside Regional Medical Center

feat. Vince Staples

[Spoken]
I do dirt, in search of a clear mind
Money talk, somebody's gonna hear mine
Grind early before 9:30
Got the nine and the thirty
Kiss of death, you heard me?
My world ain't worldly, any time could be my time
I get high, but still ain't seen Chicago skyline
In my prime, stakes is high cause it's beef
Out here in these streets
Everybody tryna eat off the same plate
Dead presidents, we want the same face
And to think, me and the president, we from the same place
Four-hundred and twenty-one murders, ain't tryna be of the same fate
If I die and go to heaven, will I make it through the main gate?

[Intro]
Help me get, get the keys to the kingdom

COMMON – KINGDOM LYRICS

10/17/14, 5:23 AM

Ooh
Help me get, get the keys to the kingdom
Ooh
Ah yes, my Lord, Ah, Oh
Ah yes, my Lord, Ah, Oh

[Verse 1: Common]
Second row of the church with my hood on
My homie used to rap, he was about to get put on
At his funeral, listening to this church song
His family yelling and screaming, I hurt for 'em
A cold world that's why we pack heaters
Listening to this preacher as he tryna reach us
I'mma need to go back, I gots to get 'em
Back and forth in these streets, that's the rhythm
Revenge is supposed to be the Lord's but I use my own accord
When I seen him on the porch, cost my man his life, I can't afford
not to hit him
Shots ripping through his True Religion denim
These streets was my religion
I stood over him, his life is over then
Now these keys got me locked up with older men
Thought these was the keys for me to roll a Benz
They ended up being the keys for my life to end

[Hook]
Help me get, get the keys to the kingdom (yeah)
Ooh (sing)
Help me get, get the keys to the kingdom (yeah)
Ooh
Ah yes, my Lord, Ah, Oh
(And the streets say)
(And the people say)
(And we all say)
Ah yes, my Lord, Ah, Oh
(And the streets say)
(And the people say)
(And we all say)

[Verse 2: Common]
My money ain't straight, my fam ain't straight
Ain't wanna push kis, heaven couldn't wait
I was hurtin', couldn't get no work
You created me from dust, that's why I did dirt
You said that the last shall be first

## Nobody's Smiling Tracklist

| | |
|---|---|
| 1 | The Neighborhood |
| 2 | No Fear |
| 3 | Diamonds |
| 4 | Blak Majik |
| 5 | Speak My Piece |
| 6 | Hustle Harder |
| 7 | Nobody's Smiling |
| 8 | Real |
| 9 | |
| 10 | Rewind That |
| 11 | Out On Bond |
| 12 | 7 Deadly Sins |
| 13 | Young Hearts Run Free |

More Albums

## For Common Fans



Listing: 5 Lyrical Miscues From Common's 'Nobody's Smiling'



Maya Angelou's Lyric Legacy






NISSAN SENTRA

Ads by [Bandsintown]     Ad Feedback     Hide



[Hook]

[Verse 3: Vince Staples]
Sweet Lord Jesus, tell the polices to let a nigga breathe
My sinning father see, got a shipment by the seas
See my niggas tryna eat, eat whatever's on your plate
Save some for me, the worst things in life come sitting six feet

## Popular Common Lyrics

| | |
|---|---|
| 1 | Young Hearts Run Free |

Click for Sound

Tryna hop the gate to heaven 'cause I couldn't get a key
But these niggas play for keeps and I gotta hold my own
Tryna watch my back 'cause these stripes ain't free
We still wading in the water, cocaine, blunts, marinating in the water
Lean and took a puff and then she gave it to my father
Used to take the bullets out so I could play with the revolver
Satan serenading ever since I was a toddler
Tell 'em talk is cheap, niggas living for the dollar
So in God we trust, leave the praying to my momma though
Another motherfucker out of control, just walking my soles low
Lit up with the abuse, they wasn't for show, I promise every pistol
was used
See I was waking up afraid to see my name on the news
Broad day, bare faced, giving niggas the blues
Nigga who you? They know me on the streets where I grew
If you ain't from around here you get gunned down here
Make the best from the least on the quest for them keys
To the kingdom

[Hook] (x3)

| 2 | 7 Deadly Sins |
| 3 | Out On Bond |
| 4 | Rewind That |
| 5 | Kingdom |
| 6 | Real |



You must be logged in to comment




Send "Kingdom" Ringtones to your Mobile Wij

Submit lyrics correction →



## Add Comment

Exhibit B-1



Keys To the Kingdom
Defendants



## Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000





No.   **1-WIUYXQ**

**Date: 12/9/2014 12:46:42**

**Received**

| | | |
|---|---|---|
| **Form(s):** | **1 SR** | ☐ Search Report |
| Deposit Count: | **1** | ☐ Search |
| Piece Count: | **1** | ☐ Retrieval |
| Type of Deposit: | **disc** | ☐ Correspondence |
| Other Enclosures: | | ☐ Inspection |
| Title: | **ROBERT PRUNTY - KEYS TO THE KINGDOM** | ☐ Photocopies |
| # of Additional Titles: | | ☐ Additional Certificate |
| Priority: | | ☐ Certification |
| # Of Documents: | | ☐ Secure Test Exam |
| | | Other: |

**Received From:** **Robert R. Prunty Jr.**   Phone:
**127 W. Hickory St**

**Arcadia, FL 34266**

**Representing:**   Phone:

**Corresponding Id:**

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | |
| Fee to be Determined: | ☐ | Money Order | |
| Base Fee | **$85.00** | Deposit Account | |
| Special Handling Fee. | **$** | Deposit Account Name: | |
| Secure Test Exam Fee | **$** | | |
| Total Due: | **$85.00** | | |

| | | | |
|---|---|---|---|
| | **Credit Card** | **Auth #: 175208** | **$85.00**   **Visa** |
| | | **Total Payment:** | **$85.00** |

**Notes**

**Received By:**   **PAMI**

Receipt of material is merely a preliminary step in the registration and/or recordation process.  It does not imply that any final determination has been made in the case, or that the material is acceptable for registration

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures.  We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations.  However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided.  If you are submitting multiple claims, only one title will appear on the receipt.

*Exhibit D*

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Friedman, Paul L | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse, Rm. 6321<br>333 Constitution Ave. N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▉▉▉▉▉▉▉▉ | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ▉▉▉▉▉▉▉ |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 P 12: 15 FINANCIAL DISCLOSURE C.

2006 (black)

Exhibit E

### FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                    5/15/09



Exhibit f

**United States District Court**
**for the District of Columbia**
**Washington, D.C. 20001**

Chambers of
Paul L. Friedman
United States District Judge

August 17, 2007

The Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Ortrie:

RECEIVED
2007 AUG 24  A 10: 41
FINANCIAL
DISCLOSURE OFFICE



Sincerely,



Paul L. Friedman

2007 (black)

*Exhibit G*

## FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                    5/15/06

### RIDER C:  REIMBURSEMENTS AND GIFTS



1.

2.

3.

4.

5.

6.

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

*Exhibit H* (handwritten)

| 1. Person Reporting (last name, first, middle initial)<br><br>Friedman, Paul L. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U.S. Courthouse, Rm. 6012<br>333 Constitution Ave. N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

*2010 & 2011 (CLEAR)* (handwritten)

Exhibit K

Log In   Register Now   Help

**The New York Times**          **Archives**

Search All NYTimes.com



SMALL UNDERWEAR OR SHORT GUTS NOT PRESENT IF IT'S ON US.

NICK WELD

## CAMPUS LIFE: Cornell; Alleging Bias, Seniors Leave Honor Society

Published: October 27, 1991

Two Cornell seniors have resigned from the Quill and Dagger honor society after accusing the secret organization of racial and ideological discrimination in the choosing of its members.

The two, Brian O. Porter, who is partly of Filipino heritage and is a member of the University Assembly, and John H. Davis, who is black and a leader of Cornell Students for Racial Understanding, announced their resignations last week, saying they were outraged that three activist campus minority leaders had not been chosen as members of the society's 100th class.

David A. Burke, the society's president, who is captain of Cornell's ice hockey team, and Douglas S. Antczak, president of the society's alumni board, denied the allegations of discrimination. But they declined to comment further on the society's workings, saying they were restricted by its rules of secrecy.

Quill and Dagger says it selects as members students who show outstanding leadership and provide service to the Cornell community.

EMAIL

PRINT

VIDEO
DECEMBER 3



SPORTS AUTHORITY

$69.99
THE NORTH FACE
Denali Jacket &
Mountain Fleece



Avenues
THE WORLD SCHOOL

EXPERIENCE FIRST-HAND
THE WORLD OF
DIFFERENCE THAT MAKES
US A WORLD SCHOOL.

Now accepting 2015 applications
Nursery - Upper School

TO FIND OUT MORE
CLICK HERE

WWW.AVENUES.ORG

Eleven of the society's 40 members, or 27.5 percent, are members of minority groups, which make up about 25 percent of Cornell's student population. 'They Are Blackballed'

"Yes, the group admits minorities," Mr. Porter said. "But as soon as a minority actively attacks the establishment, they are blackballed."

Mr. Porter resigned immediately after this year's new members were announced late last month. He said the group had rejected as a candidate Olga L. Torres, who led hundreds of Hispanic and African-American students last spring in protesting state financial aid cuts. Mr. Porter said the group had voted against Ms. Torres even though she had persuaded Cornell's president, Frank H. T. Rhodes, to commit the university to make up for state cutbacks in financial aid to those students who would otherwise not be able to enroll.

"Her ideology is quite clear," Mr. Porter said, "and the society's leadership says she was anti-establishment and that she did not use the proper channels to address her concerns."

Mr. Burke refused to comment on Mr. Porter's allegations concerning Ms. Torres.

Ms. Torres said: "Sometimes other Hispanics walk around saying that there's not that much racism. But we always don't know about all the doors that are closed to us, such as the secret societies." 'No Outright Discrimination'

One member of the society, Tania B. Tyles, said she felt the group could not automatically deny the charges until it examined its selection process.

"I personally believe that there was no outright discrimination," said Ms. Tyles, who organizes the society's selection process. "But it is possible that some members hold racial biases that they don't personally consider discrimination because of the way they were brought up. It is very possible it interfered with the decision-making."

Ms. Tyles said she was "investigating the process, and we are trying to find the problem and see if we can solve it." She added that the situation would be discussed at a meeting Nov. 3.

Mr. Davis said he resigned after finding out that the society's alumni, who regularly choose 6 of the 20 students admitted each semester, did not vote to accept two other minority leaders on campus. The society's student members chose 14 students and offered the alumni 10 suggestions, which included the two other minority leaders, for the remaining six positions.

Mr. Davis said that at a meeting a few days after the selection process, the alumni did not offer any explanations for their choices. "I have never felt more humiliated or insulted as I did during that emergency meeting," he said. "The alumni have the power to sit at the meeting and say nothing."

Albert C. Nemeth, an associate dean at Cornell Law School and an adviser to and alumnus of the society, said that it chooses students on the basis of their school activities and the diversity they provide for the class, not their ethnicity. Another minority member of the society, Evan S. Frazier, said that he will also resign from the society if the group does not begin to change what he considers its discriminatory selection process. Two other minority members said they were also considering resigning.



Search Grad Schools

Copyright 2013 The New York Times Company   Privacy Policy   Help   Contact Us   Work for Us   Site Map   Index by Keyword

"Yes, the group admits minorities," Mr. Porter said. "But as soon as a minority actively attacks the establishment, they are blackballed."

Mr. Porter resigned immediately after this year's new members were announced late last month. He said the group had rejected as a candidate Olga L. Torres, who led hundreds of Hispanic and African-American students last spring in protesting state financial aid cuts. Mr. Porter said the group had voted against Ms. Torres even though she had persuaded Cornell's president, Frank H. T. Rhodes, to commit the university to make up for state cutbacks in financial aid to those students who would otherwise not be able to enroll.

"Her ideology is quite clear." Mr. Porter said. "and the society's leadership says she was anti-